IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN HENRY TAYLOR, JR.,
    Petitioner,

vs.                                       Case No.:  5:13cv243/LAC/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

# O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 26, 2014 (doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 17) is **GRANTED**.

    3.    Petitioner's amended habeas petition (doc. 4) is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

    4.    A certificate of appealability is **DENIED**.

    **DONE and ORDERED** on this 21st day of July, 2014.

                                                          s/ *L.A. Collier*
                                                            Lacey A. Collier
                                             Senior United States District Judge